**Order entered August 13, 2015**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-15-00352-CR**

**HERSHELL L. STEWART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-57547-Y**

## ORDER

The Court **REINSTATES** the appeal.

On July 10, 2015, we ordered the trial court to make findings regarding why the reporter's record. We have not received the trial court's findings. However, we now have before us court reporter Vearneas Faggett's August 10, 2015 request for a thirty-day extension of time to file the record. In the extension request, Ms. Faggett states that she has had "unforeseen software issues" that prevented her from filing the record by August 10, 2015. She also states that she has been involved with trying to handle various matters regarding the previous court reporter. The Court reminds Ms. Faggett that the better practice is for a court reporter to seek an extension of time to file the record before the appeal is abated. Nevertheless, because the Court is aware of the issues related to the previous court reporter and Ms. Faggett's efforts in those

matters, we conclude findings are no longer necessary in this case. Accordingly, we **VACATE** the July 10, 2015 order requiring findings.

We **GRANT** the extension request and **ORDER** court reporter Vearneas Faggett to file the complete reporter's record by **SEPTEMBER 11, 2015**.

We **DIRECT** the Clerk to send copies of this order to Vearneas Faggett, official court reporter, Criminal District Court No. 7, and to counsel for all parties.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE